UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dennis Temeh

| | |
|---|---|
| Case Number: | 17-17312-CMG |
| Hearing Date: | 5/23/17 |
| Judge: | Gravelle |
| Chapter: | 7 |

Recommended Local Form:   ☒  Followed   ☐  Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____all noticed creditors_____ is reinstated effective the date of this order.

*rev.7/12/16*

2