UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dennis Temeh

| | |
|---|---|
| Case Number: | 17-17312-CMG |
| Hearing Date: | 5/23/17 |
| Judge: | Gravelle |
| Chapter: | 7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____all noticed creditors_____ is reinstated effective the date of this order.

*rev.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis Temeh  
      Debtor

Case No. 17-17312-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 24, 2017  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.  
db           +Dennis Temeh,   17 Dunham Street,    Trenton, NJ 08618-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:  
       Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com  
       Denise E. Carlon     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 3